158 A.3d 1241

COMMONWEALTH of Pennsylvania, Respondent

v.

Vernon E. MCGINNIS, Jr., Petitioner

No. 207 WAL 2016

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**